GEORGE B. RITCHIE & Co., INC., Respondent, *v.* PAUL
           PUTTMANN, INC., Appellant.

*Contract — sale — food — gelatine sold to defendant with understanding
it was not to be resold as edible — action to recover amount of fine paid
government for violation by defendant of understanding.*

*Ritchie & Co.* v. *Puttmann, Inc.,* 220 App. Div. 676, affirmed.
(Argued December 8, 1927; decided January 10, 1928.)

APPEAL from a judgment, entered June 8, 1927, upon
an order of the Appellate Division of the Supreme Court
in the first judicial department reversing a judgment in
favor of defendant entered upon a verdict directed by the
court and directing judgment in favor of plaintiff.  The
action was to recover an amount paid by plaintiff to the
United States Treasury in compromise of its civil liability
on a bond given by it to release certain gelatine imported
by it for defendant's account, conditioned that the goods
would be held for redelivery to the government on its
demand.  Plaintiff thereafter obtained permission to
dispose of the gelatine for technical purposes but, in
violation of the permission so granted, defendant dis-
posed of it for food purposes, whereupon the government
demanded the return of the goods, and plaintiff being
unable to comply was compelled to pay the sum sued
for.

*Joseph V. Flynn* and *Morris Blau* for appellant.

*David Steckler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, ANDREWS, LEHMAN and
O'BRIEN, JJ.  Dissenting: CARDOZO, Ch. J., and
KELLOGG, J.